Cite as 2019 Ark. 251
# SUPREME COURT OF ARKANSAS
No. CV–19–521

| | |
|---|---|
| IN RE HON. WENDELL GRIFFEN, CIRCUIT JUDGE FOR THE SIXTH JUDICIAL CIRCUIT, FIFTH DIVISION | **Opinion Delivered:** September 19, 2019<br><br>PETITION OF CIRCUIT JUDGE WENDELL GRIFFEN FOR RESTORATION OF POWER TO HEAR AND DECIDE CASES INVOLVING THE DEATH PENALTY AND METHOD OF EXECUTION<br><br><br><br>PETITION DENIED. |

**PER CURIAM**

Petitioner, Circuit Judge Wendell Griffen, acting pro se, seeks relief from *In re Pulaski County Circuit Court*, No. 17-155 (Apr. 17, 2017). Although the procedural basis for his petition is unclear, we consider it a petition for rehearing. According to Arkansas Supreme Court Rule 2-3, petitions for rehearing "shall be filed within 18 calendar days from the date of the decision." Because Judge Griffen did not file his petition for rehearing within 18 days of our April 17, 2017 decision, it is denied.

Petition denied.

HART, J., not participating.